# United States District Court

NORTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

V.

ROSAS, Edmundo Perez
(Name and Address of Defendant)

**Filed**
APR 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 70232 PVT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, March 23, 2007, in Monterey County in the Northern District of California defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) Deportation Officer and that this complaint is based on the following facts:

Official Title

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____ 4/19/07
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

4/20/07                       at    San Jose, California
Date                                 City and State

Patricia V. Trumbull
United States Magistrate Judge          _____
Name & Title of Judicial Officer         Signature of Judicial Officer

RE: ROSAS, Edmundo Perez A71 627 519

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)  Mr. ROSAS is a 45-year-old male who has used six (6) aliases and three (3) dates of birth in the past.

(2)  Mr. ROSAS has been assigned one (1) Alien Registration number of A71627519, FBI number of 843205LA6, California Criminal Information Index number of A09391695, and a California Department of Corrections number F32213.

(3)  Mr. ROSAS is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on four (4) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| June 18, 1997 | Calexico, CA |
| March 26, 2002 | Calexico, CA |
| August 21, 2003 | Calexico, CA |
| September 12, 2003 | San Ysidro, CA |

(4)  Mr. ROSAS last entered the United States at or near San Ysidro, CA on or after September 12, 2003, by crossing the international border without inspection subsequent to deportation.

(5)  Mr. ROSAS on a date unknown, but no later than March 23, 2007, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On March 23, 2007, Mr. ROSAS was interviewed by Immigration Enforcement Agent (IEA) Alejandro Sierra at the CTF-Soledad State Prison, Soledad, CA, and during that interview, Mr. ROSAS was advised of his **Miranda** rights in Spanish. Mr. ROSAS waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: ROSAS, Emundo Perez A71 627 519

(6)  Mr. ROSAS was, on April 14, 1989, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DRIVING WHILE HAVING 0.10 OR HIGHER BLOOD ALCOHOL WITH PRIOR, a felony, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(7)  Mr. ROSAS was, on March 30, 1990, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(8)  Mr. ROSAS was, on January 2, 1992, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DUI ALCOHOL/DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to one (1) year and four (4) months in prison.

(9)  Mr. ROSAS was, on January 19, 2001, convicted in the Superior Court of California, in and for the County of Los Angeles (Central), for the offense of DRIVING UNDER THE INFLUENCE OF ALSOHOL OR DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(10) Mr. ROSAS was, on May 30, 2006, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL WITH PRIOR, a felony, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. ROSAS illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this _20_ day of _April_, 2007

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE