# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

5-07-70232 -PVT June 12, 2007

Clerk, U.S. District Court
NORTHERN DISTRICT OF CALIFORNIA
4126 ROBERT F. PECKHAM FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
280 SOUTH FIRST STREET
SAN JOSE, CA 95113-3002



Re:   07MJ8479-PCL, USA v ROSAS-PEREZ

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ___L Odierno___
L Odierno, Deputy Clerk

emailed rec. cl.

CLOSED

# U.S. District Court
## Southern District of California (El Centro)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-08479-PCL-ALL
### Internal Use Only

Case title: USA v. Rosas-Perez                                   Date Filed: 05/21/2007

Assigned to: Magistrate Judge Peter C. Lewis

**Defendant**

**Edmundo Rosas-Perez** (1)                represented by   **Federal Defenders**
*TERMINATED: 06/05/2007*                                   Federal Defenders of San Diego
                                                            225 Broadway
                                                            Suite 900
                                                            San Diego, CA 92101-5008
                                                            (619)234-8467
                                                            Fax: (619)687-2666
                                                            Email: cassd_ecf@fd.org
                                                            *TERMINATED: 05/24/2007*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

                                                            **Diane Marie Regan**
                                                            Federal Defenders of San Diego
                                                            225 Broadway
                                                            Suite 900
                                                            San Diego, CA 92101-5008
                                                            (619)234-8501
                                                            Fax: (619)687-2666
                                                            Email: Diane_Regan@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                                         **Disposition**

None

I hereby attest and certify on ___6-12-07___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

**Highest Offense Level (Opening)**

None

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 8:1326 - Deported Alien Found in the United States after Deportation (Felony) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | | Arrest of Edmundo Rosas-Perez 05/18/07 (tar) (Entered: 05/23/2007) |
| 05/21/2007 | 1 | OUT OF DISTRICT COMPLAINT as to Edmundo Rosas-Perez (1). (tar) (Entered: 05/23/2007) |
| 05/21/2007 | 2 | Minute Entry for proceedings held before Judge Peter C. Lewis :Initial Appearance as to Edmundo Rosas-Perez held on 5/21/2007, Attorney Federal Defenders for Edmundo Rosas-Perez appointed. Bond Hearing set for 6/1/2007 10:00 AM in El Centro before Magistrate Judge Peter C. Lewis. Preliminary Hearing set for 6/5/2007 01:30 PM in El Centro before Magistrate Judge Peter C. Lewis. Status Conference set for 6/1/2007 10:00 AM in El Centro before Magistrate Judge Peter C. Lewis. (Tape #PCL07-1:2:37-2:39).(Plaintiff Attorney John F. Weis, AUSA). (Defendant Attorney Sarah Ballard, FD). (tar) (Entered: 05/23/2007) |
| 05/24/2007 | 3 | NOTICE OF ATTORNEY APPEARANCE: Diane Marie Regan appearing for Edmundo Rosas-Perez (Attachments: # 1 Proof of Service) (Regan, Diane) (Entered: 05/24/2007) |

| | | |
|---|---|---|
| 06/01/2007 | ●4 | Minute Entry for proceedings held before Judge Peter C. Lewis :Status Conference as to Edmundo Rosas-Perez held on 6/1/2007. ID hearing to go forward on 6/5/07. Defendant's motion to continue bond hearing granted. Bond Hearing set for 6/5/2007 01:30 PM in El Centro before Magistrate Judge Peter C. Lewis. (Tape #PCL07-1: 10:58 - 11:00). (Plaintiff Attorney John F. Weis).(Defendant Attorney Diane Regan). (erf) (Entered: 06/06/2007) |
| 06/05/2007 | ●5 | Minute Entry for proceedings held before Judge Peter C. Lewis :Removal/ID Hearing as to Edmundo Rosas-Perez held on 6/5/2007. Waiver of rule 5 filed. Defendant ordered removed forthwith. Bond hearing taken off calendar. (Tape #PCL07-1: 2:08 - 2:10).(Plaintiff Attorney John F. Weis).(Defendant Attorney Sarah Ballard, FD). (erf) (Entered: 06/06/2007) |
| 06/05/2007 | ●6 | Minute Entry for proceedings held before Judge Peter C. Lewis :Removal/ID Hearing as to Edmundo Rosas-Perez held on 6/5/2007, Waiver of Rule 5 filed; Defendant Ordered removed forthwith; Special Appearance of Attorney as to Edmundo Rosas-Perez is Sarah Ballard (Tape #PCL07-1:2:08-2:10).(Plaintiff Attorney John F Weis, AUSA).(Defendant Attorney Diane Marie Regan, FD-N/A). (lao, ) (Entered: 06/12/2007) |
| 06/05/2007 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Edmundo Rosas-Perez (lao, ) (Entered: 06/12/2007) |
| 06/07/2007 | ●7 | WARRANT of Removal to the Northern District of California Issued as to Edmundo Rosas-Perez. (lao, ) (Entered: 06/12/2007) |

Case 5:07-cr-00419-JW   Document 2   Filed 06/15/2007   Page 5 of 13
Case 2:07-mj-08479-PCL   Document 1   Filed 05/21/2007   Page 1 of 5

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'07 MJ 8479**

The person charged as Edmundo ROSAS-Perez, now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Northern District of California with unlawfully re-entering and being found in the United States after deportation, without permission of the Attorney General or the Secretary of the Homeland Security in violation of Title 8, United States Code, 1326.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: May 21, 2007.

_____
Mario Vasquez
(Name)
Special Agent, Immigration & Customs Enforcement

Reviewed and Approved:

Dated: May 21, 2007

_____
JOHN F. WEIS
Assistant United States Attorney



FILED
MAY 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I hereby attest and certify on 6-12-07
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

May-16-07 06:41am From-
Case 5:07-cr-00419-JW   Document 2   Filed 06/15/2007   Page 6 of 13
Case 2:07-mj-08479-PCL   Document 1   Filed 05/21/2007   Page 2 of 5
04/23/2007   T-770  P.002/005  F-902

AO 442 (Rev. 5/93) Warrant for Arrest

E-FILING

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

ROSAS, Edmundo Perez

**WARRANT FOR ARREST**

Case Number: CR
**07   70232   VT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Edmundo Perez Rosas** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   (X) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him with unlawfully re-entering and being found in the United States after deportation, without permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title _18_ United States Code, Section(s) _1326(a)_

_Patricia V. Trumbull_
Name of Issuing Officer

_United States Magistrate Judge_
Title of Issuing Officer

_[signature] Patricia V. Trumbull_
Signature of Issuing Officer

_April 20, 2007_     _San Jose, CA_
Date and Location

RECEIVED APR 20 2007 U.S. MARSHAL

Bail fixed at $ _No Bail_     by _Patricia V. Trumbull_
Name of Judicial Officer

---

### RETURN

WARRANT HELD BY MARSHALS SAN JOSE
NOTIFY ABOVE OFFICER UPON ARREST
DO NOT MAKE RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date received 05/1/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 05/1/07 | Mario Urena 94/TFO | |

May-16-07 06:42am From-
04/23/2007 11:45
Case 5:07-cr-00419-JW   Document 2   Filed 06/15/2007   Page 7 of 13
Case 2:07-mj-08479-PCL   Document 1   Filed 05/21/2007   Page 3 of 5
T-770 P.003/005 F-902

AO 91 (Rev. 5/85) - Criminal Complaint

# United States District Court

NORTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

V.

ROSAS, Edmundo Perez
(Name and Address of Defendant)

**Filed**
APR 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CRIMINAL COMPLAINT

CASE NUMBER: 07 70232 PVT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, March 23, 2007, in Monterey County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title  8  United States Code, Section(s)  1326.
I further state that I am a(n) Deportation Officer and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____ 4/19/07
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

4/20/07 at San Jose, California
Date                          City and State

Patricia V. Trumbull
United States Magistrate Judge                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

May-16-07 06:42am From-
Case 5:07-cr-00419-JW Document 2 Filed 06/15/2007 Page 8 of 13
Case 2:07-mj-08479-PCL Document 1 Filed 05/21/2007 Page 4 of 5
T-730 P.004/005 F-902

RE: ROSAS, Edmundo Perez A71 627 519

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. ROSAS is a 45-year-old male who has used six (6) aliases and three (3) dates of birth in the past.

(2) Mr. ROSAS has been assigned one (1) Alien Registration number of A71627519, FBI number of 843205LA6, California Criminal Information Index number of A09391695, and a California Department of Corrections number F32213.

(3) Mr. ROSAS is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on four (4) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| June 18, 1997 | Calexico, CA |
| March 26, 2002 | Calexico, CA |
| August 21, 2003 | Calexico, CA |
| September 12, 2003 | San Ysidro, CA |

(4) Mr. ROSAS last entered the United States at or near San Ysidro, CA on or after September 12, 2003, by crossing the international border without inspection subsequent to deportation.

(5) Mr. ROSAS on a date unknown, but no later than March 23, 2007, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On March 23, 2007, Mr. ROSAS was interviewed by Immigration Enforcement Agent (IEA) Alejandro Sierra at the CTF-Soledad State Prison, Soledad, CA, and during that interview, Mr. ROSAS was advised of his Miranda rights in Spanish. Mr. ROSAS waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

Case 5:07-cr-00419-JW    Document 2    Filed 06/15/2007    Page 9 of 13
Case 2:07-mj-08479-PCL    Document 1    Filed 05/21/2007    Page 5 of 5
May-16-07  06:42am  From-                                    T-770  P.005/005  F-902

RE: ROSAS, Emundo Perez A71 627 519

(6) Mr. ROSAS was, on April 14, 1989, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DRIVING WHILE HAVING 0.10 OR HIGHER BLOOD ALCOHOL WITH PRIOR, a felony, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(7) Mr. ROSAS was, on March 30, 1990, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(8) Mr. ROSAS was, on January 2, 1992, convicted in the Superior Court of California, in and for the County of Los Angeles (Southwest), for the offense of FELONY DUI ALCOHOL/DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to one (1) year and four (4) months in prison.

(9) Mr. ROSAS was, on January 19, 2001, convicted in the Superior Court of California, in and for the County of Los Angeles (Central), for the offense of DRIVING UNDER THE INFLUENCE OF ALSOHOL OR DRUGS WITH PRIOR, a felony, in violation of Section 23152(a) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(10) Mr. ROSAS was, on May 30, 2006, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL WITH PRIOR, a felony, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. ROSAS illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 20 day of April, 2007

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

**APPEARANCE**

Case Number: 07mj8479-PCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDMUNDO ROSAS-PEREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/24/2007 | /s/ DIANE M. REGAN |
| Date | Signature |
| | Diane M. Regan / Federal Defenders of SD    207027 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

I hereby attest and certify on 6-12-07
That the foregoing document is a full, true and correct
copy of the original

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 07mj8479-PCL |
| v. | ) | CERTIFICATE OF SERVICE |
| EDMUNDO ROSAS-PEREZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

   Assistant United States Attorneys Office
   880 Front Street
   San Diego, CA 92101
   E-mail: Efile.dkt.gc2@usdoj.gov

Dated: May 24, 2007

/s/ Diane M. Regan
DIANE M. REGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail:Diane_Regan@fd.org

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Edmundo ROSAS-Perez
*Defendant*

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07 MJ 8479

CHARGING DISTRICTS
CASE NUMBER: 07cr70232

I understand that charges are pending in the Northern District of California alleging violation of Title 18 USC 1326(a)
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

X *Edmundo Rosas P.*
*Defendant*

6-5-07
*Date*

*Defense Counsel*

FILED
JUN - 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

I hereby attest and certify on 6-12-07
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Warrant of Removal (After Waiver of Hearing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**Edmundo ROSAS-Perez** | Magistrate Case No. **07MJ8479**<br><br>**WARRANT OF REMOVAL**<br>**(After Waiver of Hearing)** |

To: United States Marshal

A complaint having been filed in the Northern District of California, charging defendant Edmundo ROSAS-Perez with unlawfully re-entering and being found in the United States after deportation, without the permission of the Attorney General or Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Northern District of California and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

PETER C. LEWIS
_____
PETER C. LEWIS
United States Magistrate Judge

Dated at El Centro, California, this __7th__ day of June, 2007.

RETURN

Northern District of California (at San Jose) ss

RECEIVED 2007 JUN -8 P 2:59 U.S. MARSHALS SERVICE EL CENTRO OFFICE

Received the within warrant of removal the _____ day of June, 2007, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

I hereby attest and certify on __6-12-07__
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy