



1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11  UNITED STATES OF AMERICA,    **CR** No. **07 00419**
12        Plaintiff,             VIOLATION: 8 U.S.C. § 1326 -
13                               Illegal Re-entry Following Deportation
      v.
14
    EDMUNDO PEREZ ROSAS,
15        Defendant.             SAN JOSE VENUE
16  _____
17
18                    I N F O R M A T I O N
19
20  The United States Attorney charges:
21      On or about March 23, 2007, the defendant
22                    EDMUNDO PEREZ ROSAS,
23  an alien, previously having been arrested and deported from the United States on or about
24  June 18, 1997, March 26, 2002, August 21, 2003 and September 12, 2003 was found in
25  the Northern District of California, the Attorney General of the United States and the
26  Secretary for Homeland Security not having expressly consented to a reapplication by the
27
28  //

    INFORMATION

1    defendant for admission into the United States, in violation of Title 8, United States Code,

2    § 1326.

3

4    DATED: 7/2/2007

                       SCOTT N. SCHOOLS
5                        United States Attorney

6

7

8                        DAVID R. CALLAWAY
                       Deputy Chief, San Jose Branch

9

10    Approved as to form: _____

                  SAUSA/Benjamin Kennedy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                        2

CR 07 00419

JW

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

RS

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-
Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

E-FILING

─ DEFENDANT - U.S.

► EDMUNDO PEREZ ROSAS

Filed

DISTRICT COURT NUMBER JUL - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

─ DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  BENJAMIN KENNEDY

Has detainer
been filed?

☐ Yes
☐ No

If "Yes"
give date
filed

**DATE OF
ARREST**

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance  *Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: