DOCUMENTS UNDER SEAL                                    DOCUMENT NUMBER

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | | REPORTER/FTR | |
|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD.    RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD) | | | | |
|---|---|---|---|---|
| INITIAL APPEAR<br>time | PRELIM HRG<br>time | MOTION<br>time | JUGM'T & SENTG<br>time | STATUS<br>time |
| I.D. COUNSEL<br>time | ARRAIGNMENT<br>time | BOND SIGNING<br>time | IA REV PROB. or S/R<br>time | BAIL REVIEW<br>time |
| DETENTION HRG<br>time | ID/REMOVALHRG<br>time | CHANGE PLEA<br>time | PROB. REVOC.<br>time | SUP REL HRG<br>time |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED CASH    $ | | CORPORATE SECURITY | REAL PROPERTY: | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETENTION | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | I.D. COUNSEL | BOND SIGNING | STATUS RE: CONSENT | STATUS/TRIALSET |
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR | CHANGE OF PLEA | BAIL REVIEW |
| BEFORE HON. | DETENTION HEARING | ARRAIGN-MENT | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY/ REMOVAL | PRETRIAL CONFERENCE | PROBATION REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| |