AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**Northern** DISTRICT OF **California**

UNITED STATES OF AMERICA

V.

Edmundo Perez-Rosas.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 - 00419 JW (RS)

I, Edmundo Rosas Perez, the above named defendant, who is accused of

a violation of Title 8 U.S.C. section 1326, illegal re-entry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **July 5 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JUL -5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Edmundo Rosas Perez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer