**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**
**Date:  8/6/2007**
**Case No: CR-07-0419 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Lee-Anne Shortridge**
**U.S. Probation Officer: N/A**
**Interpreter:   Lupita Arce (Spanish)**

### TITLE

**U.S.A. v. Edmundo Perez Rosas ( C)**

**Attorney(s) for Plaintiff(s): Benjamin Kennedy**
**Attorney(s) for Defendant(s): Nick Humy**

### PROCEEDINGS

**Disposition/Judgment and Sentencing (Fast Track)**

### ORDER AFTER HEARING

**Hearing Held.  Defendant Rosas present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.   The Defendant plead to Count 1 of the Information.  The plea agreement was executed in open Court.  The Defendant is sentenced to Count 1 of the Information for 12 months and 1 day; 3 years supervised release; $100.00 special assessment.  The Defendant is remanded to Federal custody.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: