**FILED**

AUG 10 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR 07-00419 JW |
|---|---|
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| ROSAS, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_   Presentence Report

\_\_\_   Plea Agreement

_X_   Statement of Reasons

\_\_\_   _____
         (Other)

Dated: August 10, 2007

JAMES WARE
United States District Judge

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2    Benjamin Timothy Kennedy benjamin.t.kennedy@usdoj.gov

3    Nicholas P. Humy  nicholas_humy@fd.org ,christina_smith@fd.org

4    United States Marshal Service
      280 South First Street
5    San Jose CA 95113

6    United States Probation Office
      280 South First Street
7    San Jose CA 95113

8

9    Dated:  8/10/07                          Richard W. Wieking, Clerk

10

11                                                By: _Elizabeth C Garcia_
                                                    **Elizabeth Garcia**
12                                                     **Courtroom Deputy**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California