03/31/2008 07:47 PM EST

Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name |
|---|---|
| 001 | EDMUNDO PEREZ ROSAS |

| Case No. DCAN507CR000419 | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| US V ROSAS | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461015423 | 1 | PR | 100.00 | 02/05/2008 |

Division Payment Total 100.00

Grand Total 100.00

Page 1 of 1

*[Handwritten stamp: 100.00 SPECIAL ASSESSMENT ON 2/5/08]*

*[Stamp: FILING]*